Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| REGATA OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>      Plaintiff,<br><br>v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, an Illinois company, NATIONAL SURETY CORPORATION, an Illinois company, THE AMERICAN INSURANCE COMPANY, an Illinois company,<br><br>      Defendant. | NO. 2:24-cv-00335-BJR<br><br>STIPULATED MOTION AND ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT |

**STIPULATED MOTION AND ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT -** 1

HOUSER LAW, PLLC
1325 4th AVE., SUITE 1650
SEATTLE, WA 98101
PHONE 206.962.5810

## STIPULATION

All parties to this action by and through their respective counsel, stipulate and agree as follows:

1. Plaintiff may file its First Amended Complaint attached hereto as **Exhibit A**.
2. The deadline to file amended pleadings is September 12, 2024 [Doc. No. 13].
3. Defendants Fireman's Fund Insurance Company, National Surety Corporation, and The American Insurance Company reserve all rights with respect to the substance of the First Amended Complaint and the impact the new and additional allegations may have on the case schedule.

Accordingly, the parties respectfully request that the Court grant this stipulated motion.

DATED: September 11, 2024

| HOUSER LAW, PLLC | MCNAUL EBEL NAWROT & HELGREN PLLC |
|---|---|
| By: _/s/ Daniel S. Houser_<br>Daniel S. Houser, WSBA #32327<br>1325 4th Ave., Suite 1650<br>Seattle, WA 98101<br>dan@dhouserlaw.com<br><br>Attorneys for Plaintiff Regata Owners Association | By: _/s/ Curtis Isacke_<br>Curtis Isacke, WSBA #49303<br>One Union Square<br>600 University Street, Suite 2700<br>Seattle, Washington 98101<br>206.467.1816<br>cisacke@mcnaul.com<br><br>Attorney for Defendants Fireman's Fund Insurance Company, National Surety Corporation, and The American Insurance Company |

BASED UPON THE AGREEMENT BETWEEN THE PARTIES, THE COURT HEREBY GRANTS THE STIPULATED MOTION TO ALLOW PLAINTIFF TO FILE ITS FIRST AMENDED COMPLAINT.

IT IS SO ORDERED this <u>11th</u> day of September 2024.

*[Signature: Barbara J. Rothstein]*

THE HONORABLE BARBARA J. ROTHSTEIN

**STIPULATED MOTION AND ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT -** 3

HOUSER LAW, PLLC
1325 4th AVE., SUITE 1650
SEATTLE, WA 98101
PHONE 206.962.5810